Ray Joe BOLLING

v.

UNITED STATES of America.

No. 6328.

United States Court of Appeals
Tenth Circuit.

Feb. 16, 1960.

Joseph P. Jenkins, Kansas City, Kan., for appellant.

Paul W. Cress, U. S. Atty., and Jack R. Parr, Asst. U. S. Atty., Oklahoma City, Okl., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Docketed and dismissed on motion of appellee for failure of appellant diligently to prosecute.

Dan E. BRACK, Sr.,

v.

Galen E. HOWELL et al.

No. 6329.

United States Court of Appeals
Tenth Circuit.

Feb. 16, 1960.

Ora D. McClellan and Ratner, Mattox & Ratner, Wichita, Kan., for appellant.

Fleeson, Gooing, Coulson & Kitch, Lilleston, Spradling, Gott, Stallwitz & Hope, and E. P. Villepigue, Wichita, Kan., for appellees.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Docketed and dismissed on motion of appellees for failure of appellant diligently to prosecute.

Maurice E. TRAVIS

v.

UNITED STATES of America.

No. 6308.

United States Court of Appeals
Tenth Circuit.

March 22, 1960.

Nathan Witt, New York City, for appellant.

Donald G. Brotzman, U. S. Atty., Denver, Colo., for appellee.

Before MURRAH, Chief Judge, and BRATTON and LEWIS, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.